E-FILED
Friday, 26 October, 2018  03:15:38 PM
Clerk, U.S. District Court, ILCD

US District Court Central District of Illinois

STEVEN D LISLE JR #R40159 ) No. _____
v                    Plaintiff )   Complaint
SUSAN PRENTINCE           )
              Defendant )   Jury Trial Requested

SCANNED AT MENARD and E-mailed
10-26-18 by PS 23 pages
date    initials  No.

## Jurisdiction & Venue

This is a civil action authorized by 42 USC Section 1983 to redress the deprivation under color of state law, of rights secured by the constitution of the United States. The Court has jurisdiction under 28 USC Section 1331 and 1343 (a) (2) Plaintiff seeks declaratory relief pursuant to 28 USC Section 2201 and 2202. Plaintiffs claims injunctive relief are authorized by 28 USC Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure The Central District of Illinois an appropriate venue under 28 U.SC Section 1391 (b) (2) because it is where the events giving rise to this claim occured

## Plaintiffs

I. Plaintiff, Steven D Lisle JR is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of Illinois Department of Corrections. He is currently Confined in menard Correction Center in menard Illinois.

## Defendants

Susan Prentince — major  Evans - Luitenet  Edward P Barr - officer    Position/Title

Address: PO Box 99 pontiace IL 61764

Each defendant stated above is sued individually and in his or her official capacity at all times mentioned in this complaint each defendant acted under the color of state law.

III.

### Previous Law suits

See Exhibit 1

IV.

## Facts

### Count 1

Fourth And Eighth Amendment Claim Based On Unreasonable Search And Cruel And unusual Punishment

Plaintiff Was Called out His Cell For A Schedule Legal visit. Plaintiff Was Then Placed In The North Cell House Holding Area At This Time An officer (Barr) Advised Plaintiff To Preform A Strip Search. Plaintiff Then Refused, Then (Evans) Advised Lisle To Strip Naket

1 of 4

Plaintiff Refused Then (Prentince) Advised Plaintiff To Strip Naket. Plaintiff Refused Barr, Prentince, Evans Then Threating Plaintiff With Disciplinary Actions If He Didn't Get Naket. Plaintiff Then Stated That Institution Required A Inmate Be Strip Search In The Vishny Room Area For Legal visits. Plaintiff Further stated That I DOC Rules Required A Inmate To Be Strip Search only In The Presence of The officer Conducting The Search And According To Prea And I doc Rules It Is Sexual Harassment. Prentince, Barr, Evans Continued To Intimidate Plaintiff And Threating Him By Punishing Him with A Disciplinary Report If He Didn't Get Naket In Front of Numerous male and Female officers And Inmates Who All could view Plaintiff Naket Body In The Area Where The Strip Search Would Be Conducted. Defendants Continued To Threating Plaintiff Stating Untill He Get Naket He wont Go To His visit. After Being Intimidated And Threating By Defendants Plaintiff was Forced To Strip Naket In Front of Numerous Male And Female officers And Inmates While Evans Search Plaintiff He Taunted Him Stating You're going To stay Naket Untill I'm "Sexually" Satisfied Then Stated Open Your "Ass Hole" And Bend Over So I Can See The Inside of Your Ass Hole And That He Also Like Plaintiff Big "Testicles" And That He wants Them. This Went On For Minutes. After Being sexually Degraded Plaintiff Then Started To Jump up And Down Waving To The Video Camera To Notify I. D. O. C. Officials That He was Being Sexually Tooken Advantage of. Plaintiff Then Began To Scream Prea Out Loud Trying To "Notify" I DOC Officials That He was Being sexually Harrassed And Force Into sexually Acts. See Exhibits 2-3 This Made Barr, Prentince, Evans Liable For Forcing Plaintiff To Strip Naket In Front of Female And male officers And Inmates And Perform Sexually Acts To Satisfied Evans Sexual Desires. While Evans Made Plaintiff Bend over Repeatedly And Open His Anual wide open Inmate Burnett was In The Next Holding cage And stated stop sexually Harrassing The Plaintiff And Forcing me To See Plaintiff Anual open wide See Exhibit 2 This Was A Eighth Amendment Cruel and unusual punishment And Fourth Amendment Search And seizure Bodily Invasion of privacy of The United states Constitution.

2

Count 2

First Amendment Claim Based Retaliation

Do To Plaintiff Filing Lawsuits Against Defendants (Prentince) And (Evans) In Lisle v Fike No. 17cv1335. While Plaintiff Was Going To A Legal visit Prentince Then Retaliated By Stating Fuck You Bitch I Got Your Summons Today From The Lawsuit You Filed Against Me In Lisle v Fike To The Plaintiff. Prentince Then Stated I Got Some Thing For You And That Evans Likes Males And He IS A Homosexual And Then "Ordered" Evans To Strip Search Plaintiff. Evans Retaliated Because Plaintiff Also Sued Him In Lisle v Fike And Carried out Prentince Acts And His Acts To Sexually Harrass And Force Plaintiff Into Preforming Sexual Acts In Front Of Numerous Female And Male And Inmates See Count 1 of This Complaint. Prentince Further Retaliated By Refusing To Allow Plaintiff To Receive His Psychotropic Mental Health Medications During Plaintiff Federal Deposition In Lisle v Butler No. 16cv421. Plaintiff Begun To Suffer From Hearing Voices Hallucinate He Was In Need of His Medication To Psychological Function. During This Time states Attorney Ooe Personally Called Prentince On The Telephone And Advised Her To Have Plaintiff Psychotropic medication Brought To The visiting Room So That Plaintiff Could Continue His Federal Deposition Prentince Further Retaliated By Lying To states Attorney stating Plaintiff Refused His Medication Prior to Coming To visit. states Attorney Then Had To Cancell Plaintiff Deposition Do To He couldn't Function with Out His medication which Cost Finically Burden on Plaintiffs Attorney Prosecutor And steongrypher Having To Travel And Not Finish Deposition Then Travel For A 2nd Time To later Conduct A Deposition Do To Prentince Retaliation. After Internal Affairs K. Tarter Saved Video fotage And Conducted A Investigation He Stated No Nurse was Around Plaintiff Before He Left To visit which Means Prentince Lied About Plaintiff Refused His medication See Exhibits 2-4. This made Prentince And Evans Liable For Retaliation And Constituted A First Amendment violation of The United states Constitution.

3

Exhaustion of Legal Remedies

...ntiff StevenDLisle JR used the prisoner grievance procedure available at Pontiac ...rection Center to try to and Solve the problem on 4-25-18 Grievance was Finalized ...n 5/18/18 By Grievance officer And Finalized By The Arb on 6-27-18 See Exhibits 5

Legal claims

Plaintiff re-alleges and incorporate by reference paragraphs 1-7 The Sexual Hurrassment Unreasanable Search And Seizure Invasion of Bodily Privacy And Retaliation Violated Plaintiff Rights And constituted A Eighth, Fou̶r̶t̶h̶ Fourth First Amendment Cruel And unusual punishment, unreasonable search and seizure And Retaliation of the united States constitution. The plaintiff has no plain adequate to r complete remedy at law to dress the wrongs described herein. Plaintiff has been and will continue to be irreparably indured by the conduct of defendants unless this Court grants the declaratory and injunctive relief which Plaintiff seeks.

VII

Prayer For Relief

Wherefore, Plaintiff respectfully prays that this court enter Judgment granting Plaintiffs declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and law of the United States. A preliminary and permanent injunction ordering defendants 1) Order IDOC To Provide X-ray machines to preform strip searches And Stop All physical And Visual Strip Searches (2) Stop male officers From conducting Strip searches And visual strip searches And Order I DOC only Allow Female officers To conduct Male Strip searches And visual strip searches (3) weekly mental health counseling Compensatory damages 300,000$ against each defendant Jointly and severally Punitive damages In the amount of 300,000$ against each defendant. A Jury trial on all issues tried by Jury. Plaintiffs Cost in this suit and any additional relief this court deems Just proper and equitable. Dated 10-22-18 ~~Signature~~

Respectfully submitted PO Box 711 Kaskaskia stree... menard IL 622...

Verification

I have read the foregoing complaint and hereby verify that the matters alleged on information and belief, and as to those, I believe them to be true. I certify under Penalty of perjury that the foregoing is true and correct executed at menard ILLinois on 10-22-18  /s/ Steven D Lisle JR R90151

4

EXHIBIT

1  Litigation History

2  Declaration

3  motion/ticket

4  motion

5  Grievance Process

EX
1
Litigation History

1. Lisle v Goldman No 18cv 1736 Deliberate Indifference USC 8th Amend: Pending
2. Lisle v Ruskin No 17cv1530 Excessive Force USC 8th Amend Pending
3. Lisle v Prentice No 17cv1507 Retaliation USC 1th Amend [ Pending]
4. Lisle v Prentice No 17cv 1327 Failure to protect USC 8th Amend: Pending
5. Lisle v Fike No 17cv1335 excessive force USC 8th Amend: Pending
6. Lisle v Fox No 18cv1176 Deliberate Indifference USC 8th Amend: Pending
7. Lisle v Baldwin 17cv1488 cruel and unusual punishment USC 8th Amend pending
8. Lisle v Dillion 18cv1163 excessive force USC 8th amend pending
9. Lisle v Davis No 18cv1177 Excessive Force USC 8th amend : pending
10. Lisle v Renzi No 18cv1187 Deliberate Indifference USC 8th Amend pending
11. Lisle v Hadsall No 17cv1354 cruel and unusual punishment USC 8th amend pending
12. Lisle v Prentice No 18cv1310 cruel and unusual punishment USC 8th Amend pending
13. Lisle v Butler 16 cv422 Deliberate Indifference USC 5th amend pending
14. Lisle v Butler 16cv421 Deliberate Indifference USC 8th amend Pending
15. Lisle v Butler No 18cv965 Deliberate Indifference USC 8th amend pending
16. Lisle v mirsky Deliberate Indifference USC 8th amend Pending
17. Lisle v Prentice No 18cv1253 Retaliation USC 1st amend pending
18. Lisle v melvin No17cv1336 excessive force USC 8th amend pending
19. Lisle v Baldwin No 17cv1158 Deliberate indiffer USC 8th Amd Pending
20. Lisle v Smith No 17cv1577 Excessive force USS 8th Amend pending.

US Dist Court Central Dist of Illinois

STEVEN LISLE JR # R40159 )        Civil Action No. ————— — ——
         v        Plaintiff )
Susan Prentice )
              Defendant )

### Declaration of Steven Lisle JR

Steven Lisle JR Hereby Declares

That All Facts Stated In Attached Complaint

Are True And Correct And Shall be incorporated
with plaintiff Declaration

I declare under penalty of perjury that the
foregoing is True And correct Executed
at Menard IL on 10-22-18

(s/ Steven Lisle Jr

Exhibit 3

[Peoria Division SCANNED at PCC and E-Mailed
4/26/18 (date) by ____ (initials)
2 (# of pages)

US District Court Central District of Illinois
Rashou Walker                    NO 07CV1298

MOTION REQUESTING VIDEO FOTAGE
SAVED AND REPORTING SEXUAL HARRASMENT
AND RETILIATION By SUSAN PRENTINGE AND
LUITENET EVANS

Now Comes Steven DLisle Jr #R40159 in the above motion
2. On 4-25-18 Luitenet Evans Forced Me to provide A
Strip search AND Then made sexual Statements About
Loving to peek Inside My "Ass Hole" And that he
like the Size of my Balls and that until he is
Sexually satisified with Seeing Me Naket He will
Keep Me Naket And Taunting Me AND Laughed
Stating He love the look of my Penis And that
he prefers Man and not Women And that in due
time he will Sexual Fuck ME IN The ANUS
2. Will this was Down I was waving to the
Camera Stated f am being Sexual abuse by
a Strip search and sexually degaded
3. I informed the States attorney and stated I request
this video fotage Be saved
4. Major Prentance stated I was a Bitch For suing
her And Ordered Luitenet Evans to Strip search
Me And Stated Luitenet Evans likes Males So Im going
to have him look inside your Ass hole "Laughing"
                    1 of 2

EX
3

5 Lisle was retiliated against by Evans And Prentince for filing a law suit against them in Lisle v Fike 17cv1335

6 This was Cruel and unsual Punishment

7. Lisle was strip searched in the North Cell house unit 1st floor Cage area by the major and Luitenet office

## Relief

1) Order Prea Investigation
2 Order video fotage Be saved
3 Order Lisle transfered to Stateville

Certificate of Service
On 4-25-18 I Efiled the Clerk of court
US Dist Court Central Dist of Illinois
2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

Pontiac C.C.
Facility

Date: 4-25-18

**Type of Report:**
☑ Disciplinary  ☐ Investigative

Offender Name: Lisle, Steven   N717   ID #: R 40159

Observation Date: 4-25-18   Approximate Time: 8:51  ☑ a.m. ☐ p.m.   Location: NCH 717

Offense(s): DR 504: 215 - Disobeying a Direct Order essential to safety and Security

Observation: (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time this c/o barr 9873 escorted I/m Lisle steven R40159 to the NCH Holding tank, for a strip search and change cuff to belt, prior to Legal visit. I/m Lisle refused more than 3 direct orders, by this R/O, to strip search. I/m Lisle was very disruptive, yelling, and stating "I am not stripping out." I/m Lisle continued yelling, stating "PREA" multiple times, and stating "I'll see you in court, I'm filling a lawsuit." Command staff notified. I/m Lisle the refused 3 direct orders, to strip, from Lt. Evans. I/m Lisle the refused 3 additional direct orders, to strip search by Major Prentice. I/m Lisle identified by State ID # R40159 and gallery chart. EOR     4/32

Witness(es): _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Edward Barr | 9873 | ✓ | 4-25-18 | 0915 | ☑ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

**Disciplinary Action:**

Shift Review: ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge # _____   Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) _____   Date _____

Reviewing Officer's Decision: ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

MAJOR WHEAT 742
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    4-25-18    Date

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

M. Hana 3003
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    4/26/18    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign   Refused to sign

S. Rogas
Serving Employee (Print Name)    Offender's Signature    0698 Badge #    ID# _____    Signature

4-26-18
Date Served    5 50 Time Served    ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____
Offender's Signature    ID#

*(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)*

_____    _____    _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page 1 of 1
Printed on Recycled Paper

Distribution: Master File
Offender
Facility (2)

DOC 0317 (Rev. 2/2007)

EX
4

SCANNED at PCC and E-Mailed
4/26/18 (date) by ⟨signature⟩ (initials)
(# of pages)

U S District Court Central District of
Rashow walker
NO 07cv1298

MOTION REQUESTING VIDEO FOTAGE SAVED
AND REPORTING MAJOR SUSAN PRENTINCE
AND CMT LORI CONSPIRED AND REFUSED
LISLE PSYCHOTROPIC MEDICATION

Now Come Steven Dlisle JR # R40159 in the above motion

1. Lisle was scheduled for a disposition hearing
In his civil Case Lisle v Butler NO 16cv422
2. During Lisle disposition he began to "Hallcunate" And
Hear voices Lisle made his Attorney and States Attorney
Aware that he could not function with out his
medication and due to being sexuall harrased earlier
and that he was psycholigal depress and unfunctional
3. States Attorney then Notified Susan Prentince
and officer Sergio To bring Lisle medication
to him
4. Major Prentince and cmt Lori lied to a officer
of the court Stating Lisle refused his medication
5. The North house camera fotage will show that
Cmt Lori was never around Lisle or spoke
to Lisle so Lisle could not refuse his
medication
6. Due to Prentince and Lori lying to a officer of the
Court During A "Federal" Disposition about Lisle

1 of 2

EX 4

7. medication caused Lisle to physically psychologically and mentally brag down where Lisle couldnt function

8. Cmt and Prentince refused to bring Lisle his psychotropic medication caused Lisle disposition to end.

9. The Sterographer and States attorney and attorneys spent money and time in todays disposition and to have to cancell Federal Disposition Due to Pontiac officers Refusing to provide Lisle his PsyChatropic medication was retiliation against Lisle and "disrespect" to the federal Courts time and efforts to resolve the titled Lisle Butler llcv422 compliant

10. Lisle request video fatage Be Saved which will show no nurse spoke to Lisle so Lisle did not and could not refused his medication

11. This retiliation should not be tollerated and quickly Investigated

### Relief

1 Order Video fotage of Northhousing 1st unit by major and Luitenet office of Lisle in cage and entire North house camera fetage whihh will show that Lisle was not seen by any nurse for medication

2 Investigation Conducted A.S.A.P

certificate of service
on 4-25-18 I filled the clerk of the court us Dist court central Dist

2

SCANNED at PCC and E-Maile

[Rock Island Division] 4

~~i7 wells~~ (date) by ___ 4 (initials)

2 (# of pages)

US Dist Court Central Dist Court of Illinois

Lisle v Prentince            No 17-cv-1507

Judge Sar~~~~ Darrow

MOTION REQUESTING VIDEO FOTAGE SAVED
AND REPORTING MAJOR SUSAN PRENTINCE
AND CMT LORI CONSPIRED RETILIATED AND
REFUSED LISLE BE PROVIDED HIS PSYCHOTROPIC MEDICATION

Now Comes Steven D Lisle JR# R94015 in the above motion

1. Lisle request this "Honorable" Judge Darrow
"ORDER" The Warden T. Kennedy Preserve and
Save Entire Camera Fotage of the North cell
house on 4-25-18 from 7:00 Am - 3:00 pm
at the Pontiac Correctional Center

2. Prentince who is a defendant in this complaint
retiliated against Plaintiff Lisle on 4-25-18
by lying to a officer of the StateSAttorney
office were Lisle was to provide a
deposition in his fedral Complaint Lisle v Butler
16 cv 422. Der

3. As Lisle was in the North house Cage at
8:45 Am Prentince retiliated and called Lisle
a bitch for suing her in this litigation and
other litigation complaints and order a Luitenet
Evans a well known Homesexual employee to Stripsearch
Lisle and lookin $side his ass hole etc!

4. Lisle was at his dispotion and informed

1 of 2

the prosecutor that he was having a mental
brakedown and could not function to the anxiety and
voices from being sexually harrased and that he
needed his psychotropic medication so he could function
and finish his disposition.

5. Prosecutor advised officer sergio and contacted
Susan Prentince who stated Lisle refused his medication
and would not get his medication.

6. Lisle states this was a lie and he never
refused his medication nor saw a emt Lori'

7. Lisle request the Court order camera fotage
be saved which will show lisle never saw a
nurse nor was a nurse around Lisle!

8. Due to this retiliation Prosecutors had to
Cancell the entire deposition and this is
Corruption by Prentince were it has cost the
Court time and money due to prentince
refused to provide Lisle medication

<u>Relief</u>

1  Judge order Tape be Preserved and not
   destroyed

2  order Transfer of Lisk to stateville corrections

Certificate of service
On 4-25-15 I Efiled the clerk of the Court US Dist Court Central Dist Illino

*Copy-Original furnished*
*to the grievance Ofc.*

071564   071504

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-25-18 | Offender: (Please Print) Steven DLisle Jr | ID#: R40159 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Pontiac |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Retaliation
  Cruel and unusual punishment

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-25-18 Lisle was took to north house cage for a Attorney visit for a Federal deposition. At this time Lisle saw (Prentice) major who stated Fuck you Lisle your a bitch I got your summons today from Lisle v Fike No 17 cv 1395 complaint. Prentice then stated I got some thing for you And that Luitenet Evans likes males and he is a homo sexual And she ordered Evans to strip search me. Evans then sexually Harrased me laughing saying your going to stay naket untill Im sexually satisfied then statd open your ass hole and bend over

Relief Requested: request warden T kennedy save Entire North house video fotage on 4-25-18. will be needed for evidence at a letter litigstion in court. Review Camera fotage request to speak to I-A Lon try unit and a complasive

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] Offender's Signature | R40159 ID# | 4, 25, 18 Date |
|---|---|---|

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4, 26, 18

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I spoke with Major Prentice. She said that Lisle refused his medication and an incident report was written in the issue. Prentice denied making any inappropriate comments. Issue has been referred in accordance with PREA Standards and the offender will receive a final respond from the CAO upon completion with regard to PREA Claim.

| J Horton Print Counselor's Name | [signature] Counselor's Signature | 4, 27, 18 Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

APR 26 2018

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | ____/____/____ Date |
|---|---|

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

071564

So I can see the inside of your Asshole I also
like your big testicles I want them this went on
for minuets I wave to the camera and hollered
out loud I am being sexual degraded and harrassed
this was cruel and unusual punishment and violated my
US Const 8th 4th Amendments unusal search and seizure of bodily
Privacy. During my Federal Deposition I needed
my psychotropic medication to function I became
depressed and had anxiety and start hearing voices
due to the sexual harrasment which caused me depression
I could not function so States attorney and my attorneys
requested my medication officer sergio contacted
Prentince who stated my medicine will not be brought
to me then after another attempt Prentince informed
Prosecutor Brett Furmanski that I refused my psychotropic
medication exphixer and Godon which was a
lie I never seen no nurse or refused my medication
cmt Lori passed out medicine in the north unit
Therefore save and review all camera footage of
the North cell house on 4-25-18 from 7:00 Am - 3:00 PM
which will show Lisle never saw Emt Lori or any
medical nurse which shews I never refused my
medication. By me not receiving my medication caused
me not to function which stop the Deposition
Due to cmt Lori major Prentince c/o sergio and Pontiac
employees who were notified to bring Lisle psychotropic
medication which Lisle is smI this was retaliation
do to lisle filing lawsuit against Prentince and
medical nurse at pontiac this caused the
court money do to my deposition was stop due
to cmt and prentince refusing to allow my medication
be brought to me. This violated my US Const 8th 1st 14th
Amends deliberate indifference to medical cruel unsual punish
ment and retaliation

> I + caused physically harm
> that I went throw not receiving
> my medication expiry do to
> hallucination and voice

Ex
5

G# 071564

Please Inform me of

the Status on my

grievance Its Pass

the 60 day level

So4 Standands

Lisle N337
R40159

7/26/18: Grievance was finalized on 5/8/18 and a
copy was sent to you on 5/9/18. Can write
the Record Office with a P96 attached, if.
need another copy.

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court. P.O. Box 19277 • Springfield. IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender:  Lisle, Steven        6/27/18
                                                                           Date

ID# :  R40159

Facility:  Pontiac

This is in response to your grievance received on 5/15/18 _____. This office has determined the issue will be addressed without a formal hearing.  A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted.  For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4/25/18 _____ Grievance Number: 071564 _____ Griev Loc: PON _____

- [ ] Transfer denied by the Facility
- [ ] Dietary _____
- [ ] Personal Property _____
- [ ] Mailroom/Publications _____
- [ ] Assignment (job, cell) _____
- [ ] Commissary / Trust Fund _____
- [ ] Conditions (cell conditions, cleaning supplies, etc.) _____
- [ ] Disciplinary Report: Dated: _____ Incident # _____
- [x] Other  PREA _____

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [ ] Denied, this office finds the issue was appropriately addressed by the facility Administration.

- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- [ ] Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30.  This office is reasonably satisfied the offender committed the offense cited in the report.

- [x] Other:  MOOT-Your allegation is currently being investigated. You will be notified by the facility of the outcome of the investigation

FOR THE BOARD: *Patty Thull*
              Patty Thull
        Administrative Review Board

CONCURRED: *John R. Baldwin* 6/28/11
             John R. Baldwin
             Acting Director

CC:  Warden,  Pontiac _____ Correctional Center

     Lisle _____, ID# R40159 _____

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

U.S.D. St Court Centrel District Illinois

No. _____

Lisiev Prentinie                              )

## Summons

Susan Prentince PoBox99 Pontiac IL61764

Laltint Evans    Po Box 99 Pontiac IL 61764

Edward P Barr  Po Box 99 Pontiac IL 61764

To The Above-Named Defendants

You are hereby summonedand required to serve upon plaintiffers whose address
is PoBox 711 menard IL 62259 an answer to the complaint which is here with
Served upon you within 20 days after service of this summons upon you.
exclusive of the day of service or 60 days if the us government or officer/agent
there of is a defendant if you fail to do so judgment by default will be taken
against you for the relief demanded in the complaint

Clerk of the Court    Date: _____

## Plaintiffs Memorandum of Law for his Complaint

1. Responsible misdeeds  Burke v Raemisch. 55 F3d 592, 596  Page 1-4

2. Retaliation  USC 1th Amend Retaliation Bridges v Gilbert 557 F3d 541 533
(7th Cir 2009) Pages 1-4

3. USC 4th Amend unreasonable search and seizure Bodily prving          page 1-4

4. USC 8th Amend Cruel and unusual punishment    Page 1-4

5. Jean-Laurent v Kewsen 540 F Supp 2d 501 (S.D.N.Y 2008)
Huyes v marmet r 70 F3d 1144 1147-48 (10 th Cir 1995)
Cornwell v Dahlberg 963 F 2d 912 916  6th Cir 1942)
42 usc § 15601(13) - 42 u scg 15602c1)
Farmer, Brennan 511 us 825 (1994      page 1-4
Schwenk v Hartford, 204 F, 3d 1187, 1196-97 (9th Cir 2000)